**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2012 MAR -9  A 9:07

US DISTRICT COURT

Stephen R. Rubino and Linda J. Sammartano,

Plaintiffs,

v.                                              Case No.: 3:11-CV-01366-DJS

Chase Home Finance, LLC,

Defendant.

**PLAINTIFFS' MOTION**
**REQUESTING REIMBURSEMENT**
**OF EXPENSES INCURRED IN MAKING SERIVCE**

Stephen R. Rubino and Linda J. Sammartano, plaintiffs *pro se* in the above-captioned action, respectfully request that the Court order defendant Chase Home Finance LLC to reimburse them in the sum of $75, which plaintiffs incurred making personal service on defendant due to defendant's failure to return the Waiver of Service to plaintiffs by February 27, 2012, as previously ordered by this Court on February 13, 2012.

Dated: March 9, 2012

Stephen R. Rubino
Plaintiff, *pro se*
299 Palisado Avenue
Windsor, Connecticut 06095
(860) 298-0856
rhaconsultants@aol.com

Linda J. Sammartano
Plaintiff, *pro se*
299 Palisado Avenue
Windsor, Connecticut 06095
(860) 298-0856
lsammartano@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

Stephen R. Rubino and Linda J. Sammartano,

          Plaintiffs,

v.                            Case No.: 3:11-CV-01366-DJS

Chase Home Finance, LLC,

          Defendant.

---

## PLAINTIFFS'
## DECLARATION IN SUPPORT OF
## MOTION REQUESTING REIMBURSEMENT
## OF EXPENSES INCURRED IN MAKING SERIVCE

Stephen R. Rubino and Linda J. Sammartano, plaintiffs *pro se*, respectfully request that the Court order defendant Chase Home Finance LLC to reimburse them in the sum of $75, which plaintiffs incurred making personal service on defendant due to defendant's failure to return the Waiver of Service to plaintiffs by February 27, 2012, as previously ordered by this Court on February 13, 2012. Such reimbursement by Chase being made within 30 days or within such other time which to this Court seems just and reasonable.

      1.     By Order of this Court, dated February 13, 2012, defendant was ordered to return the executed waiver of service to plaintiff by February 27, 2012. If "defendant "fail[ed] to return the waiver of service to… [plaintiffs] without good cause by February 27, 2012, …[plaintiffs] will then need to arrange to have the summons and complaint

served on the defendant. The Court then must impose on the defendant the expenses incurred in making service." (A copy of the February 13, 2012 Order is attached hereto for the Court's convenience.)

2. On February 28, not having received an executed Waiver or any other communication from defendant, and conscious of having only until March 9 to file proof of service with this Court, plaintiffs arranged to have the summons and complaint served upon defendant in New York by Direct Process Server. Plaintiffs paid a fee of $75.00 for this service. (A copy of the invoice is attached hereto.)

3. The following, February 29th, two days after the day which this Court ordered the waiver of service returned to plaintiffs, plaintiffs received in the mail an executed waiver and Notice of Appearance from Halloran & Sage. These documents were postmarked February 27th (copy of envelope attached), too late for plaintiffs to receive them by February 27th, as Ordered by this Court.

4. On March 6th, plaintiff Stephen Rubino contacted Maura Droney of Halloran & Sage requesting the defendant tender reimbursement of the expenses incurred by defendant's failure to return the waiver of service in a timely fashion. Ms. Droney declined, and stated that plaintiffs may make a motion to this Court for reimbursement by defendant.

5. Defendant's failure to return the waiver of service without good cause by February 27th as ordered by this Court caused plaintiff to needlessly expend fees for service in the sum of $75.00.

6. Plaintiffs' attempt to resolve this matter without the intervention of this Court was not successful.

THEREFORE, plaintiffs *pro se* respectfully request that this Court order defendant to reimburse them in the sum of $75.00 within thirty days, or within such time as seems just and reasonable to this Court.

Respectfully submitted this 9th day of March 2012.

_____
Stephen R. Rubino
Plaintiff, *pro se*
299 Palisado Avenue
Windsor, Connecticut 06095
(860) 298-0856
rhaconsultants@aol.com

_____
Linda J. Sammartano
Plaintiff, *pro se*
299 Palisado Avenue
Windsor, Connecticut 06095
(860) 298-0856
lsammartano@aol.com

## CERTIFICATE OF SERVICE

On March 9, 2012, plaintiffs served the attached Motion Requesting Reimbursement of Expenses Incurred In Making Service upon defendant, via United States Postal Service, first class mail, at:

Maura A. Droney, Esq.
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Linda J. Sammartano

MIME-Version:1.0 From:CMECF@ctd.uscourts.gov To:CMECF@ctd.uscourts.gov Message-Id: Subject:Activity in Case 3:11-cv-01366-DJS Rubino et al v. Chase Home Finance LLC Order on Motion for Extension of Time Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** *Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

*U.S. District Court*

*United States District Court for the District of Connecticut*

**Notice of Electronic Filing**

The following transaction was entered on 2/13/2012 at 3:44 PM EST and filed on 2/13/2012

*Case Name:*       Rubino et al v. Chase Home Finance LLC
*Case Number:*    3:11-cv-01366-DJS</td>
*Filer:*
*Document Number:* 12(No document attached)

*Docket Text:*
ORDER granting [11] Motion for Extension of Time until March 9, 2012 to return the executed waiver of service to the Court. Pursuant to Fed.R.Civ.P. 4(d)(2), if the defendant fails to return the waiver of service to you without good cause by February 27, 2012, you will then need to arrange to have the summons and complaint served on the defendant. The Court must then impose on the defendant the expenses incurred in making service. Signed by Judge Dominic J. Squatrito on 2/13/12. (Pike, C.)

3:11-cv-01366-DJS Notice has been electronically mailed to:

3:11-cv-01366-DJS Notice has been delivered by other means to:

Linda J. Sammartano
299 Palisado Avenue
Windsor, CT 06095

Stephen R. Rubino
299 Palisado Avenue
Windsor, CT 06095

**Direct Process Server, LLC**
373 Smithtown Byp
Suite 212
Hauppauge, NY 11788
Phone: (631) 406-6989
Fax: (631) 610-1987
Tax Id 26-4340231



Invoice #DPR-2012000543
3/7/2012

Stephen Rubino
299 Palisado Ave
Windsor, CT 06095

Original Date: 3/1/2012



**Case Number:** 3:11-CV-01366-DJS

Plaintiff:
**Stephen R. Rubino, et al**

Defendant:
**Chase Home Finance LLC**

Received: 2/29/2012    Served: 3/1/2012 10:25 am  CORPORATE
To be served on: J P Morgan Chase

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Process Business | 1.00 | 75.00 | 75.00 |
| **TOTAL CHARGED:** | | | $75.00 |
| 02/29/2012 | Pre-Payment | | 75.00 |
| **BALANCE DUE:** | | | $0.00 |

**Thank you for your business!**

Please enclose a copy of this invoice with your payment Make Check Payable to Michael Kuhner. Payment can also be made at our web site @ www.DirectProcess.com click "Pay You Way" and follow the instructions. Payments are due upon receipt of this invoice and payment not received within 10 day are subject to late fees.
We offer service in New York, New Jersey, Connecticut State-wide.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Connecticut

Case Number: 3:11-CV-01366-DJS

Plaintiff:
**Stephen R. Rubino, et al**

vs.

Defendant:
**Chase Home Finance LLC**

For:
Stephen Rubino
299 Palisado Ave
Windsor, CT 06095

Received by Direct Process Server, LLC on the 29th day of February, 2012 at 10:40 am to be served on **J P Morgan Chase, One Chase Manhattan Plaza, Legal Dept. 26th Fl, New York, NY 10005**

I, Rebecca Roth, do hereby affirm that on the **1st day of March, 2012 at 10:25 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In a Civil Case, Complaint, Declaration**, to: **Lauri Hicks** as **Legal Specialist** for **J P Morgan Chase**, at the address of: **One Chase Manhattan Plaza, Legal Dept. 26th Fl, New York, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 37, Sex: F, Race/Skin Color: Black, Height: 5'-5", Weight: 200, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Rebecca Roth
1404363

**Direct Process Server, LLC**
**373 Smithtown Byp**
**Suite 212**
**Hauppauge, NY 11788**
**(631) 406-6989**
Our Job Serial Number: DPR-2012000543

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5h

