FILED

2013 SEP 23 A 9:52

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
STEPHEN R. RUBINO and LINDA J. :
SAMMARTANO, :
 :
                 Plaintiffs, *pro se*, : Civ. No. 3:11-CV-1366(DJS)
    v. :
 :
CHASE HOME FINANCE, LLC, : September 21, 2013
 :
                 Defendant. :
------------------------------------------------------------X

## MOTION TO REOPEN LITGATION WITHOUT PREJUDICE TO PLAINTIFFS

      Pursuant to Rules of this Court, Stephen R. Rubino and Linda J. Sammartano, plaintiffs, *pro se*, in the above-captioned action, hereby request this Court to, in the event that this case does not settle by written agreement of the parties on or by September 30, 2013, to reopen the instant case to allow for plaintiffs to complete such discovery which was left outstanding pending settlement, including Rule 30(b)(6) deposition(s) of defendant and any other relevant and/or related discovery, with the understanding of proceeding to trial as expeditiously as possible.

WHEREFORE, in the event that this case does not settle by written agreement of the parties on or by September 30, 2013, plaintiffs, *pro se,* respectfully request that this Court grant their motion to reopen the instant case without prejudice to the plaintiffs.

_____
Linda J. Sammartano

_____
Stephen R. Rubino
Plaintiffs, *pro se*
299 Palisado Avenue
Windsor, Connecticut 06095
(860) 298-0856
lsammartano@aol.com

## CERTIFICATION

This is to certify that on the 23rd day of September, 2013, a copy of the foregoing was filed in person with the Court and served by mail (and/or electronically) on Brian Rich, Esq., Halloran & Sage, LLP, One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103.

_____
Stephen R. Rubino